IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEANNE MICHAELS, | 3:10-cv-1051-AC |
| Plaintiff, | ORDER ON PLAINTIFF'S SPECIAL DAMAGES |
| v. | |
| TACO BELL CORPORATION, a California corporation | |
| Defendant. | |

ACOSTA, Magistrate Judge:

Defendant's objections to Plaintiff's itemized list of special damages are based on its Motion in Limine to Exclude Certain Opinions of Michelle Nielsen (Dkt. No. 120). For the reasons set forth in the court's Ruling on Defendant's Motion in Limine No. 120, Defendant's objections are **OVERRULED IN PART, DEFERRED IN PART.**

The rulings in this order resolve objections as of October 17, 2012, the date by which, under the court's scheduling orders for the October 29, 2012, trial date, the parties' respective

ORDER ON PLAINTIFF'S SPECIAL DAMAGES        1

objections and responses to objections were to be filed. At the October 23, 2012, status conference in this case the court rescheduled the trial to April 22, 2013, and set dates by which the parties would file their respective supplemental pretrial documents, including Plaintiff's itemized list of special damages and Defendant's objections thereto. The court will rule on those objections at the pretrial conference scheduled for the April 16, 2013.

IT IS SO ORDERED.

DATED this 29th day of October, 2012.

JOHN V. ACOSTA
United States Magistrate Judge